**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CLARKSON S. FISHER BUILDING AND U.S. COURTHOUSE**
**402 EAST STATE STREET**
**TRENTON, NJ 08608**
**(609) 989-0508**

**Peter G. Sheridan**
**Judge**

June 10, 2024

Lathrop B. Nelson III., Esq.
Montgomery McCracken
Liberty View
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002

Re: USA v. Anastasia A. Passas
CR: 22cr00335 (PGS)

Dear Mr. Nelson,

In response to your letter, I have reviewed Ms. Passas' file once again. As the Government states, "Passas previously pleaded guilty to conspiring to violate the Travel Act after she and several others orchestrated a multi-state patient brokering scheme in which Passas knowingly paid kickbacks to induce patient referrals to a drug treatment center that she co-owned and operated."

Ms. Passas pled guilty under the Travel Act, a violation that carries a sentencing guideline of Offense Level 15, Criminal History Category I. The sentencing range is 18-24 months of imprisonment. The Court granted the cooperation motion and departed down to a level 8. Based on same I imposed a 5-year probation with one year on Location Monitoring. While on location monitoring Ms. Passas is restricted to her residence "except for employment, education religious services, medical, substance abuse and mental health treatment, court-ordered obligations, and any other such times specifically authorized by the U.S. Probation Office.

Engaging in this heinous scheme for about two years and the impact on its victims (insurance companies) and drug abusers, this sentence seems "appropriate but not greater than necessary." In addition, there was no unwarranted sentencing disparity between Ms. Passas and other co-defendants.

At the sentencing both parties were given an opportunity to argue any substantive points. Defendant was given an opportunity to speak. Before this hearing I had reviewed all your briefs and letters of support. The hearing was fair, and the sentence was reasonable.

Your motion at docket entry [19] is denied.

Yours truly,

PETER G. SHERIDAN, U.S.D.J.