# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:22-335 (ZNQ) |
| | : | |
| v. | : | Hon. Zahid N. Quraishi, U.S.D.J. |
| | : | |
| ANASTASIA A. PASSAS, | : | |

### SECOND AMENDED JUDGMENT AND ORDER OF RESTITUTION

**UPON CONSIDERATION** of the parties' submissions, the plea agreement dated January 6, 2022, and for good cause shown, on this 17th day of July, 2024, it is

**ORDERED** that the defendants shall make restitution in the amount of $675,325.26. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

| Name of Payee (Victim) | Amount of Restitution | Address of Payee |
|---|---|---|
| Aetna Inc. | $100,321.07 | 151 Farmington Ave. Hartford, Connecticut 06156 |
| Cigna | $21,105.68 | 900 Cottage Grove Rd. W3SIU Hartford, Connecticut 06152 |
| Blue Cross Blue Shield | $497,966.25 | Special Investigation Unit 3 Penn Plaza East, Suit PP16 Newark, New Jersey 07105 |
| United Healthcare | $55,932.26 | 11000 Optum Drive Eden Prairie, Minnesota 55344 |

**ORDERED** that the restitution is due immediately and that interest is waived.

**ORDERED** that the defendant shall make minimum monthly payments of $50.

**ORDERED** that all of the defendants shall be subject to the full amount of restitution as to all of the victims for all of their losses, provided that no further payments will be required once payment(s) by one or more defendants fully satisfies the victims' total losses. The following defendants in the following cases may be subject to restitution orders to the same victims for these losses:

| Seth Logan Welsh | 3:20CR412 |
|ABlack Devlin | 3:20CR760 |
| Kevin M. Dickau | 3:20CR761 |
| Lauren B. Philhower | 3:22CR334 |

**ORDERED** that Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein.

_____
HONORABLE ZAHID N. QURAISHI
United States District Judge